IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RAHONDA MACCLAIN, | * | |
| in her individual capacity and as | * | |
| Administrator of the Estate of | * | |
| Damion MacClain, Deceased, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION FILE |
| | * | No.: 4:13cv00210-HLM |
| BRIAN OWENS, Commissioner, | * | |
| Georgia Department of Corrections, | * | |
| *et al*. | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE

COMES NOW, Tina M. Piper, Assistant Attorney General, and hereby makes an Entry of Appearance as counsel for **BRIAN OWENS** and **TIM WARD,** Defendants in the above-styled case.

1

Respectfully submitted this 4th day of October, 2013.

        SAMUEL S. OLENS
        Georgia Bar No.      551540
        Attorney General

        KATHLEEN M. PACIOUS
        Georgia Bar No.      558555
        Deputy Attorney General

        DEVON ORLAND
        Georgia Bar No.      554301
        Senior Assistant Attorney General

        SUSAN L. RUTHERFORD
        Georgia Bar      621475
        Senior Assistant Attorney General

        /s/Tina M. Piper
        TINA M. PIPER
        Georgia Bar No.      142469
        Assistant Attorney General

**PLEASE ADDRESS**
**ALL COMMUNICATIONS TO**:

TINA M. PIPER
State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: 404-463-8850
Facsimile: 404-651-5304
E-mail:tpiper@law.ga.gov

## CERTIFICATE PURSUANT TO L.R. 7.1D

I hereby certify that this motion and brief conform to the requirements of L.R. 5.1(C).  This pleading is written in 14 point New Times Roman font.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to Plaintiff's attorneys of record:

> **Sarah Geraghty**
> sgeraghty@schr.org
> **Melanie Velez**
> mvelez@schr.org
> **SOUTHERN CENTER FOR HUMAN RIGHTS**
> **83 Poplar Street, N.W.**
> **Atlanta, GA  30303**
>
> **Lawrence J. Bracken, II**
> lbracken@hunton.com
> **Andrew A. Stulce**
> astulce@hunton.com
> **HUNTON & WILLIAMS LLP**
> **Bank of America Plaza, Suite 4100**
> **600 Peachtree Street, N.E.**
> **Atlanta, GA  30308-2216**

This 4th day of October, 2013.

>                    /s/Tina M. Piper
>                    Georgia Bar 142469