Alonzo Morefield Jr, esq
J. H. Lawyer - 1092228
PO Box 310
Valdosta, GA -

FILED IN CHAMBERS
U.S.D.C. Rome
JUL 1 4 2014
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

7-7-14
Clerk, U.S.D. Ct. N.D. Ga
75 Spring St
Atl. GA 30303

Case No. 4:13-cv-00210-HLM

To whom it may concern,

Please send me a Docket Sheet for Case No. 4:13-cv-00210-HLM (Habe Law Suit) i.e. McClain v. Owens.

Respond to my above address.

Thanks,

J.A. Morefield, Jr. esq
J. H. Lawyer
National Lawyers Guild
Member Since 2009